Michael A. Geibelson (SBN 179970)
MAGeibelson@rkmc.com
Benjamin M. Weiss (SBN 223163)
BMWeiss@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:   310-229-5800

Joseph P. Beckman, Esq., CIPP (*pro hac vice*)
jbeckman@bssda.com
Bonnabeau Salyers Stites Doe Andresen
5050 France Avenue South, Suite 200
Edina, MN 55410
Telephone: 651-224-8000
Facsimile:  651-224-8000

Attorneys for Defendant
DIGITAL RIVER, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DON SAULIC, individually and on behalf of other similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, a corporation; DIGITAL RIVER, INC., a corporation; and, DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.  SACV 07-610 AHS(PLAx)<br><br>**ORDER OF DISMISSAL OF THE COMPLAINT WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>**Complaint Filed:  April 9, 2007**<br>**Trial Date:  August 4, 2009** |

60276845.1

1  TO ALL PARTIES HEREIN:

2  Pursuant to the "Stipulation For Dismissal Of The Complaint With
3  Prejudice" filed on February 18, 2009,

4  IT IS HEREBY ORDERED THAT:

5  1. The Complaint is dismissed with prejudice with each party to bear its
6  own fees and costs.

DATED: February 19, 2009          By: **ALICEMARIE H. STOTLER**
                                  Judge Of The United States District Court

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60276845.1                        - 2 -

STIPULATION FOR DISMISSAL OF THE COMPLAINT WITH PREJUDICE